UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>V.<br><br>JOHN GRIFFIN,<br><br>    Defendant. | CASE NO. 5:10-cr-164-KKC<br><br><br>ORDER |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant John Griffin's Motion for Postconviction Relief under 28 U.S.C. § 2255. Magistrate Judge Wehrman signed a Report and Recommendation on February 5, 2016, recommending that Defendant's motion be denied. The Defendant filed no objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and finds Judge Wehrman's reasoning to be sound. Accordingly, the Court **HEREBY ORDERS** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 68] is ADOPTED as the Court's opinion; and

2. Defendant's Motion to Vacate [DE 57] is DENIED.

   Dated April 22, 2016.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

1